**MAYER·BROWN**

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Mark G. Hanchet**
Direct Tel +1 212 506 2695
Direct Fax +1 212 849 5695
mhanchet@mayerbrown.com

September 9, 2014

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Centre Street
New York, New York 10007

Re:     <u>Peters v. UBS AG (No. 14-505)</u>

Dear Ms. Wolfe:

      We write to correct errors that were inadvertently included in Appellee UBS AG's brief, filed August 22, 2014 (docket number 46). The corrections do not materially change any part of UBS AG's argument. At the direction of the case manager, we hereby file a corrected brief with the following changes:

- On page 2, "over two dozen" is replaced with "seven"

- On page 7, "27" is replaced with "7"

- On page 16, "Rule 12" as cited is not the current version of the referenced rule. It is replaced with "Rule 11(d)" ("The court will determine, upon application of counsel, whether discovery will be stayed, pursuant to CPLR 3214(b), pending the determination of any dispositive motion").

      Respectfully,

      */s/ Mark G. Hanchet*

      Mark G. Hanchet

cc:     Leslie Trager, Esq.

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.